2

Mark A. Wolff (175570)
Wolff & Wolff
8861 Williamson Drive, Suite 30
Elk Grove CA 95624
(916) 714-5050
Fax: (916) 714-5054
e-mail: attorneys@wolffandwolff.com

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In Re:

D. Brent Jack

) Case #: 15-27153-C-13C
) Chapter: 13
) DC #: WW-2
)
)
)
)
)
)
/

Date: May 3, 2016
Time: 2:00 p.m.
Courtroom: U.S. Bankruptcy Court
Department C
Courtroom 33, 6th Floor
501 I Street
Sacramento, CA 95814

NOTICE OF HEARING ON MOTION TO CONFIRM FIRST AMENDED PLAN

Debtor(s) has filed papers with the Court to Confirm his First Amended Plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to Confirm Debtor's First Amended Plan, or if you want the Court to consider your views on the this matter, then on or before 14 calendar days prior to the hearing date, you or your attorney must:

File with the Court a written response with supporting evidence at:
U. S. Bankruptcy Court
Suite 3-200
501 I Street
Sacramento CA 95814

You must also mail a copy to:     Wolff & Wolff

Page 1

8861 Williamson Drive, Suite 30
Elk Grove CA 95624

Opposition shall be accompanied by evidence establishing its factual allegations.

In addition to timely filing a response and evidence to support your response, you should attend the hearing which has been scheduled for:  Date: May 3, 2016
Time: 2:00 p.m.
Place: U. S. Bankruptcy Court
501 I Street
Sacramento CA 95814

If you do not file a response to this at least 14 Calendar days prior to the scheduled hearing date, the Court may resolve the matter without oral argument and grant the relief requested without a hearing.

Wolff & Wolff

Dated: _____    By: _____
Mark A. Wolff

Page 2